UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JOUL GHASSAN IBRAHIM,

     Plaintiff,

v.

         No. 6:26-CV-068-H

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

     Defendants.

## ORDER OF DISMISSAL

Before the Court is plaintiff's motion to dismiss without prejudice, which the Court construes as a motion for order of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). Dkt. No. 15. The Court finds that the motion should be granted. Accordingly, this case is dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on July 10, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE